UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: BARBARA J YOUNG  
190 ANDOVER LANE  
HUNTSVILLE, AL 35811

Case No. 04-81609-JAC-13  
JUDGE: JACK CADDELL

FINAL REPORT AND ACCOUNT

This Case was commenced on Apr 07, 2004

The Plan was confirmed on Jul 19, 2004

The Case was concluded on Jun 11, 2008

THE SUBJECT CASE HAS BEEN DISMISSED AFTER CONFIRMATION

Your Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount Paid to the Trustee by or for the debtor for benefit of Creditors. $22,698.63

| DISBURSEMENTS TO CREDITOR CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| CITIFINANCIAL SECURED | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| MORTGAGE ELECTRONIC REGISTRATN SECURED | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| MORTGAGE ELECTRONIC REGISTRATN SECURED | S | 6,328.17 | 6,328.17 | 312.38 | 0.00 |
| AMERICAN GENERAL FINANCE GENERAL UNSECURED | GENERAL UNSEC | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP GENERAL UNSECURED | U | 732.89 | 434.04 | 0.00 | 298.85 |
| ECAST SETTLEMENT CORPORATION GENERAL UNSECURED | U | 8,120.58 | 4,809.27 | 0.00 | 3,311.31 |
| ECAST SETTLEMENT CORPORATION GENERAL UNSECURED | U | 9,304.75 | 5,510.57 | 0.00 | 3,794.18 |
| HFC OF ALABAMA GENERAL UNSECURED | U | 1,140.68 | 675.56 | 0.00 | 465.12 |
| JC PENNEY GENERAL UNSECURED | GENERAL UNSEC | 0.00 | 0.00 | 0.00 | 0.00 |
| LANE BRYANT GENERAL UNSECURED | GENERAL UNSEC | 0.00 | 0.00 | 0.00 | 0.00 |
| LERNER NEW YORK GENERAL UNSECURED | GENERAL UNSEC | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL GENERAL UNSECURED | GENERAL UNSEC | 0.00 | 0.00 | 0.00 | 0.00 |
| FNANB/CIRCUIT CITY GENERAL UNSECURED | U | 2,988.60 | 1,769.93 | 0.00 | 1,218.67 |

Case 04-81609-JAC13    Doc 56    Filed 07/28/08    Entered 07/28/08 08:08:39    Desc
Page 1 of 3

Case Number: 04-81609-JAC-13    Debtor Name: BARBARA J YOUNG

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | SPECIAL | TOTAL | TOTAL PAID |
|---|---|---|---|---|---|---|
| AMT ALL | 6,328.17 | 0.00 | 22,287.50 | 0.00 | 28,615.67 | PRINCIPAL |
| PRIN PD | 6,328.17 | 0.00 | 13,199.37 | 0.00 | 19,527.54 | AND INT. |
| INT PAID | 312.38 | 0.00 | 0.00 |  | 312.38 | 19,839.92 |

OTHER DISBURSEMENTS UNDER ODER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| J THOMAS CONWELL JR | 1,000.00 | 1,000.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING FEE & DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|
|  | 1% OF RECEIPTS | .25 EA CLAIM OVER 10 | | | |
| 194.00 |  |  | 832.36 / 832.35 | 0.00 | 1,858.71 |

   WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability of the within procedings and closing the estate, and for such other and further relief as is just.

Dated: 07/02/2008

/s/ Philip A. Geddes
Trustee

| BARBARA J YOUNG | CASE NO: 04-81609-JAC-13 |
|---|---|

## CERTIFICATE OF SERVICE

I, Philip A. Geddes, Trustee, do hereby certify that I have this day served a copy of the above and foregoing instrument, by placing copies of same in the U.S. Mail, postage prepaid and properly addressed to the following:

BARBARA J YOUNG
190 ANDOVER LANE
HUNTSVILLE, AL  35811

THIS day July 02, 2008

/s/ Philip A. Geddes
Philip A. Geddes. Trustee

Page 1 of 1